# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

LAUREN HERMAN,

Plaintiff,

v.

ELKO COUNTY, NEVADA, *et al.*,

Defendants.

Case No. 2:25-CV-00244-RFB-CLB

**ORDER DENYING MOTION
TO WITHDRAW**

[ECF No. 35]

Before the Court is the Plaintiff's Counsel's ("Counsel") Motion to Withdraw.[1] (ECF No. 35.) Local Rule IA 11-6(b) states that an attorney wishing to withdraw "must file a motion or stipulation and serve it on the affected client and opposing counsel." Here, although Counsel served a copy of the motion to withdraw on opposing counsel via CM/ECF, the certificate of service is silent as to their client. (*See* ECF No. 35 at 5.) The Court acknowledges that the attached declaration makes clear the client was told on December 10, 2025, the instant motion *would be* filed, but there is nothing suggesting Plaintiff was told the motion had actually been filed. (ECF No. 35 at 4.) Accordingly, Counsel's motion to withdraw, (ECF No. 35), is **DENIED** with leave to refile once their client has been properly served with the motion.

**IT IS SO ORDERED**.

**DATED**: December 31, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1]    Defendants filed a notice of non-opposition in response. (ECF No. 36.)