# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN HERMAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>ELKO COUNTY, NEVADA, *et. al.*,<br><br>                    Defendant. | Case No. 2:25-CV-00244-RFB-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 38] |

Before the Court is Plaintiff's counsel William Schuller and Gia Marina's, of the law of firm of Clark Hill PLC, motion to withdraw as counsel of record for Plaintiff Lauren Herman due to a breakdown of communication between counsel and Plaintiff. (ECF No. 38.) Defendants filed a non-opposition to the motion. (ECF No. 39.) Plaintiff did not oppose or otherwise respond to the motion. Plaintiff's counsel certifies that the motion to withdraw was served on Plaintiff by U.S. mail. (ECF No. 38 at 5.)

Good cause appearing, and based on the non-opposition, the motion to withdraw, (ECF No. 38), is **GRANTED**. The Clerk shall update the docket to reflect the following information for Plaintiff:

> **Lauren Herman**
> **1525 Opal Drive Apt H**
> **Elko, NV 89801**
> **Laurenherman048@gmail.com**

The Clerk shall **SEND** a copy of this order to Plaintiff at the above address.

Plaintiff is advised that although she is now proceeding *pro se*, she is still expected to fully participate in the discovery process. If Plaintiff fails to comply, she places herself at risk of sanctions.

**DATED**:  January 14, 2026  .

_____
UNITED STATES MAGISTRATE JUDGE