**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

LAUREN HERMAN,

                      Plaintiff,

    v.

ELKO COUNTY, NEVADA, *et al.*,

                    Defendants.

Case No. 2:25-CV-00244-RFB-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On January 14, 2026, the Court entered an order granting Plaintiff Lauren Herman's ("Herman") former counsel's motion to withdraw as her attorney. (ECF No. 40.) That order directed the Clerk to update the docket so that court filings, including the order itself, would be sent to Herman at an address provided by her former counsel. (*Id.*) On January 26, 2026, the order was returned as undeliverable and unable to forward. (ECF No. 41.) Therefore, it appears that the address is no longer valid. However, Herman has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Herman must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Herman shall have until **Thursday, March 26, 2026,** to file a notice of change of address, or this Court will recommend that this action be dismissed.

    **DATED**: <u>January 27, 2026</u>.

                            _____
                            **UNITED STATES MAGISTRATE JUDGE**